UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CONTINENTAL IMPORTS, INC. d/b/a<br>MERCEDES-BENZ of AUSTIN<br><br>    Plaintiff<br>v.<br><br>GROUP 1 AUTOMOTIVE, INC.<br>and ARTHUR MORGAN<br><br><br>    Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Acton No.: 1:19-cv-00086-RP |

## JOINT NOTICE OF SETTLEMENT STATUS

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff Continental Imports, Inc., d/b/a Mercedes-Benz of Austin ("MBOA") and Defendants Group 1 Automotive, Inc. ("Group 1") and Arthur Morgan ("Morgan") file this Joint Notice of Settlement Status as follows:

Per the Court's prior Order, the Parties hereto submit this Notice of Settlement Status to inform the Court that the Parties continue to work toward a resolution of this matter via a comprehensive settlement. As part of the settlement, a forensic software expert is being retained and will provide services to the Parties per the settlement. The delay at this time is due to the attempts to locate such an expert who has the time/availability to perform the services for the Parties in the immediate time frame to finalize the settlement. The Parties believe that the settlement will be finalized in the next 2-3 business days and will thereafter be submitting a Motion to Dismiss and proposed Order of Dismissal.

Dated: February 11, 2019.              Respectfully submitted,

                                               **LAW OFFICES OF R. KEMP KASLING, P.C.**
5511 Parkcrest Drive, Suite 110
Austin, Texas 78731
(512) 472-6800
(512) 472-6823 – FAX
Email: kkasling@kaslinglaw.com

By:  */s/ R. Kemp Kasling*
      R. Kemp Kasling
      State Bar No. 11104800

**ATTORNEYS FOR PLAINTIFF**

**COZEN O'CONNOR, P.C.**
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (713) 750-3132
Fax: (832) 214-3905
Email: dbarron@cozen.com

By:  */s/ David L. Barron*
      David L. Barron
      State Bar No. 00798051

**ATTORNEYS FOR DEFENDANTS**