IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CONTINENTAL IMPORTS, INC. d/b/a MERCEDES-BENZ OF AUSTIN, <br><br> Plaintiff, <br><br> v. <br><br> GROUP 1 AUTOMOTIVE, INC. and ARTHUR MORGAN, <br><br> Defendants. | § § § § § § § § § § § § § | 1:19-CV-86-RP |

## FINAL JUDGMENT

On this date, the Plaintiff and Defendants jointly moved to dismiss all claims in this case. (Dkt. 17). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the Joint Motion to Dismiss, (Dkt. 17), is **GRANTED**, and all claims in this case are **DISMISSED**.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on April 18, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE